1  Thomas I. Rozsa, State Bar No. 080615
   **ROZSA LAW GROUP LC**
2  18757 Burbank Boulevard, Suite 220
   Tarzana, California 91356-3346
3  Telephone (818) 783-0990
   Facsimile (818) 783-0992
4  Email: [tom@rozsalaw.com]

5  Attorney for Plaintiff
   Elite Lighting
6



7

8

9

10          **UNITED STATES DISTRICT COURT**

11      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12              **WESTERN DIVISION**

13  Elite Lighting, a California corporation,     Case No. CV13-01920 JC

14              Plaintiff,                    **COMPLAINT FOR PATENT
                                              INFRINGEMENT**
15      vs.

16  DMF, Inc., a California corporation;        **DEMAND FOR JURY TRIAL**
    Morteza Danesh, an individual; Fariba
17  Danesh, an individual; and DOES 1
    through 10, Inclusive,

18              Defendants.

19

20          COMES NOW Plaintiff Elite Lighting, a California corporation (hereafter

21  "Elite" or "Plaintiff"), and for its Complaint against DMF, Inc., a California

22  corporation (hereafter "DMF"); Morteza Danesh, an individual (hereafter "Mr.

23  Danesh"); and Fariba Danesh, an individual (hereafter "Ms. Danesh"); and DOES

24  1-10, (DMF, Mr. Danesh, Ms. Danesh and DOES 1-10 are hereafter jointly

25  referred to as "Defendants"); inclusive, states and alleges as follows:

26  ///

27  ///

28  ///

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

## NATURE OF THE ACTION, JURISDICTION AND VENUE:

1.     This action arises under the patent laws of the United States, Title 35, United States Code §§ 101 *et seq.*, particularly in violation of § 271 and under §§ 282-285.

2.     This Court has subject matter jurisdiction under Article 1, Section 8 of the United States Constitution, under 28 U.S.C. § 1331 and 28 U.S.C. § 1338 and the patent laws of the United States, Title 35, United States Code, §§ 101 *et seq.* This Court has supplemental jurisdiction under 38 U.S.C. § 1367.

3.     Defendant DMF is subject to the personal jurisdiction of this Court because it conducts substantial and continuous business in this judicial district and has its corporate headquarters here.  Further, Plaintiff is informed and believes and based thereon alleges, that DMF has committed acts of patent infringement, and continues to do so, in this judicial district.

Defendant Morteza Danesh is subject to the personal jurisdiction of this Court because, he is a resident of California and of this judicial district. Further, Plaintiff is informed and believes and based thereon alleges that he has committed and/or actively induced the acts of patent infringement complained of herein, and continues to do so, in this judicial district.

Defendant Fariba Danesh is subject to the personal jurisdiction of this Court because, she is a resident of California and of this judicial district.  Further, Plaintiff is informed and believes and based thereon alleges that he has committed and/or actively induced the acts of patent infringement complained of herein, and continues to do so, in this judicial district.

4.     The acts and transactions complained of herein were conceived, carried out, made effective, and had effect within the state of California and within this district, among other places.

5.     This Court has personal jurisdiction over Elite.  Elite is the owner by assignment of the patents-in-suit with the right to enforce infringement of the

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

patents. Elite is transacting substantial business within this judicial district, and has its corporate headquarters within this judicial district.

6.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400 in that, inter alia, the matters in controversy arise out of the activities undertaken in this judicial district and Defendants, and each of them, are subject to the personal jurisdiction of this Court.

## THE PARTIES

7.      Elite is a California corporation having its principal place of business at 5424 East Slauson Avenue, Commerce, California 90040, and is doing business within this judicial district and is the exclusive licensee of the patents-in-suit with the right to enforce the patents which are the subject of this complaint.

8.      Elite is informed and believes, and based thereon alleges, that DMF is a California corporation having its principal place of business at 1118 East 223rd Street, Unit 1, Carson, California 90745 and is doing business within this judicial district.

Elite is informed and believes, and based thereon Elite alleges that Defendant Morteza Danesh is a Director and Officer of DMF and serves as both Chief Executive Officer and Chief Financial Officer of DMF. Elite further alleges on information and belief that Mr. Danesh directs, controls and ratifies the actions of DMF including the actions, transactions and acts complained of herein. Elite is also informed and believes, and based thereon alleges, that Mr. Danesh controlled, dominated, managed, operated and ratified the actions of DMF, including the actions, transactions and acts complained of herein. Elite is informed and based thereon alleges, that Mr. Danesh directly made the decisions concerning the actions, transactions and acts complained of herein, personally participated in them and/or actively induced them.

Elite is informed and believes, and based thereon Elite alleges that Defendant Fariba Danesh is a Director and Officer of DMF. Elite further alleges

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1  on information and belief that Ms. Danesh directs, controls and ratifies the actions
2  of DMF including the actions, transactions and acts complained of herein. Elite is
3  also informed and believes, and based thereon alleges, that Ms. Danesh controlled,
4  dominated, managed, operated and ratified the actions of DMF, including the
5  actions, transactions and acts complained of herein. Elite is informed and based
6  thereon alleges, that Ms. Danesh directly made the decisions concerning the
7  actions, transactions and acts complained of herein, personally participated in
8  them and/or actively induced them.

9      9.    Elite is informed and believes, and based thereon alleges, that certain
10  individuals named at this time as DOE Defendants (hereafter "Individual
11  Defendants") and each of them, knowingly and willfully conspired and agreed
12  among themselves or induced each other to commit the wrongful acts as set forth
13  hereinafter. These wrongful acts were done pursuant to and in furtherance of this
14  conspiracy, agreement and/or inducement.

15     10.   Elite is ignorant of the true names and capacities of defendants sued
16  herein as DOES 1 through 10, inclusive, and therefore sues such Defendants by
17  such fictitious names.  Elite will amend the Complaint to allege the true names and
18  capacities of such fictitiously named Defendants when they are ascertained.

19     11.   Elite is informed and believes, and based thereon alleges, that each
20  Defendant herein sued is, has been, or was the agent, servant, employee and/or
21  partner of each other and in doing the acts hereinafter alleged is, has been, or was
22  acting in the course and scope of such agency, servitude, employment and/or
23  partnership.  Each of the Defendants is in some form or manner responsible for the
24  conduct herein complained of, and Elite's harm and damages are proximately
25  caused by the conduct of each.

26  ///
27  ///
28  ///

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

## ELITE'S PATENTS AND SALE OF ELITE'S
## PRODUCTS PROTECTED BY THE PATENTS

12.     Hamid Rashidi (hereafter "Rashidi") is the inventor of United States Utility Patent No. 7,597,460 which issued on October 6, 2009 for "TRI-BAFFLE CEILING FIXTURE REFLECTOR INCLUDING SNAPPER ASSEMBLY" (the " '460 Utility Patent"), a true and correct copy of which is attached hereto as **Exhibit 1** and incorporated herein by reference.

13.     Rashidi is the inventor of United States Design Patent No. D551,384 which issued on September 18, 2007 for "ONE-PIECE BAFFLE TRIM FOR RECESSED LIGHT HOUSING" (hereafter the " '384 Design Patent"), a true and correct copy of which is attached hereto as **Exhibit 2** and incorporated herein by reference.

14.     The '460 Utility Patent is in full force effect.

15.     The '384 Design Patent is in full force and effect.

16.     Rashidi is an officer, director and shareholder of Elite.

17.     Rashidi granted to Elite an exclusive license effective June 24, 2004 to all patents which were owned by Rashidi while he was and still is an officer, director and shareholder of Elite.  The exclusive license includes the grant of rights for Elite to enforce the subject patents and bring suit for any acts of infringement for any of the subject patents including the patents-in-suit, to seek an injunction and to collect damages therefor.

18.     Rashidi assigned all right, title and interest in the '460 Utility Patent to Elite Lighting effective February 1, 2013.

19.     Rashidi assigned all right, title and interest in the '384 Design Patent to Elite Lighting effective February 1, 2013.

20.     Elite has been advertising, promoting, distributing, manufacturing, producing, offering for sale and selling lighting fixtures which are protected by both the '460 Utility Patent and the '384 Design Patent cEontinuously for several

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

years, at least since the date of the issuance of each respective patent.  Elite has placed the patent numbers in its catalog and has marked its product packaging with the respective patent numbers, therefore putting the world on notice of the existence of both the '460 Utility Patent and the '384 Design Patent.

21.    Elite has been selling lighting fixtures which are protected by both the '460 Utility Patent and the '384 Design Patent including the product Model 730.  Photographs of the Model No. B731 lighting fixture and the packaging in which it is sold are attached hereto as **Exhibit 3** and incorporated herein by reference evidencing that Elite has been selling its products protected by the patents-in-suit and that the patents-in-suit have been marked on labels affixed to the products and on the packaging in which the products are sold.  Therefore, Elite has been in full compliance with marking its products with the appropriate patent numbers to put the world on notice of the existence of these patents.

## ACTS OF DEFENDANTS

22.    Elite has just become aware that Defendants have been offering for sale a lighting fixture which, on information and belief, is offered for sale in Defendants' catalog and web page advertisement, advertised as Product Trim No. D630W-AT-OR-UN.

23.    Photographs of the Defendants' lighting fixture sold under Trim No. Trim No. D630W-AT-OR-UN showing the fixture, are attached hereto as **Exhibit 4** and incorporated herein by reference.  Defendants' product labeled Trim No. D630W-AT-OR-UN is hereafter referred to as the "DMF Infringing Lighting Fixture".  Because DMF copied Elite's patented products, they were able to expand their product line and have an entire series of additional products that DMF was able to sell by piggybacking on the sale of products which infringed Elite's patents.

///

///

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

## FIRST CAUSE OF ACTION FOR

## Patent Infringement of Utility Patent 7,597,460

### [35 U.S.C. § 271]

24.     Elite repeats, realleges and reavers all of its allegations contained in the above Paragraphs 1 through 23, inclusive, and incorporates these allegations herein by reference.

25.     Elite alleges that Defendants, and each of them, have produced or caused to be produced or induced the production of, imported or caused to be imported or induced the importation of, used or caused to be used or induced the use of, and/or sold or caused to be sold or induced the sale of, the DMF Infringing Lighting Fixture which constitutes direct and/or contributory and/or induced infringement of the '460 Utility Patent.

26.     Elite further alleges that Defendants, and each of them, have produced or caused to be produced or induced the production of, imported or caused to be imported or induced the importation of, used or caused to be used or induced the use of, and/or sold or caused to be sold or induced the sale of, the DMF Infringing Lighting Fixture which constitutes infringement under the Doctrine of Equivalents of the '460 Utility Patent.

27.     Elite is informed and believes, and based thereon alleges, that in spite of knowing or having reason to know of Elite's '460 Utility Patent, Defendants manufactured, imported, used, sold and/or caused or induced to be manufactured, imported, used or sold the DMF Infringing Lighting Fixture, and Defendants have been and presently are engaged in willful and deliberate infringement of Elite's '460 Utility Patent.

28.     Elite is informed and believes, and based thereon alleges, that the individuals who are the controlling parties of Defendant DMF and have been named herein as Mr. Danesh, Ms. Danesh and as DOE Defendants, are principals and decision makers of Defendant DMF and have personally decided, directed,

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3146
TELEPHONE (818) 783-0900

contributed to and induced the infringement activities of the Defendants in infringing the '460 Utility with actual knowledge of Elite' '460 Utility Patent by producing, importing, using and selling the DMF Infringing Lighting Fixture.

29.     Elite is informed and believes, and based thereon alleges, that Defendants DOES 1 through 10 have also committed direct infringement of Elite's '460 Utility Patent by producing, importing, using and/or selling the DMF Infringing Lighting Fixture and/or have contributed to and/or induced the infringement of Elite's '460 Utility Patent by aiding and abetting the infringement activities of Defendants. As soon as the identities of these DOE Defendants are known, Elite will amend its Complaint and substitute the names of these defendants in place of the DOE Defendants who are currently sued herein as Defendants DOES 1 through 10.

30.     Elite is informed and believes, and based thereon alleges, that Defendants DOES 1 through 10 have also committed infringement under the Doctrine of Equivalents of Elite's '460 Utility Patent by producing, importing, using and/or selling the DMF Infringing Lighting Fixture, and/or have contributed to and/or induced the infringement of Elite's '460 Utility Patent by aiding and abetting the infringement activities of Defendants. As soon as the identities of these DOE Defendants are known, Elite will amend its Complaint and substitute the names of these defendants in place of the DOE Defendants who are currently sued herein as Defendants DOES 1 through 10.

31.     By reason of their infringing activities of Elite's '460 Utility Patent, Defendants have caused monetary damages to Elite in an amount presently undetermined.

32.     Elite is informed and believes, and based thereon alleges, that unless Defendants are enjoined by this Court, Defendants will continue to infringe Elite's '460 Utility Patent and cause Elite further damages, and Elite has no adequate remedy at law.

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-1146
TELEPHONE (818) 783-0990

33.     Elite is informed and believes, and based thereon alleges, that Defendants acted in bad faith and with willful disregard of the rights of Elite in having known of Elite's '460 Utility Patent.

34.     On information and belief, Defendants are continuing to have manufactured, manufacture, have imported, sold and distributed in the United States the DMF Infringing Lighting Fixture, or are continuing to cause and/or induce the same, and are intending to continue to sell such infringing products unless enjoined by this Court.

35.     Elite has been continuously selling its lighting fixture as protected by the '460 Utility Patent in California and in interstate commerce and is continuing to sell products protected by the '460 Utility Patent to the present date.

36.     Elite has provided notice to the world by appropriate marking of its products an in its catalogs of the '460 Utility Patent.

37.     On information and belief, the DMF Infringing Lighting Fixture and the comparable lighting fixture sold by Elite are one of a few select lights currently being sold with the unique features as protected by '460 Utility Patent. Therefore, the market is substantially between products sold by Elite and by Defendants.

38.     As a result of Defendants' infringement of Elite's '460 Utility Patent, Elite is entitled to receive as damages from Defendants, all profits lost by Elite as a result of the sales of the DMF Infringing Lighting Fixture.  On information and belief, since these are only some of the few competitors in the market that have the same features of their respective lights, Elite is entitled to receive from Defendants all lost profits for all lost sales of Elite.  The lost sales can be computed based on the fact that for every sale of the DMF Infringing Lighting Fixture, Elite would have sold one of its comparable lighting fixtures and lost profits would have been realized on each sale.

39.     At a minimum, Elite is entitled to a reasonable royalty for all sales of

the DMF Infringing Lighting Fixture.

40.     Elite is informed and believes, and based thereon alleges, that unless Defendants are enjoined by this Court, Defendants will continue to infringe Elite's '460 Utility Patent and cause Elite further damages, and Elite has no adequate remedy at law.

## SECOND CAUSE OF ACTION FOR

## Patent Infringement of Design Patent D551,384

### [35 U.S.C. § 271]

41.     Elite repeats, realleges and reavers all of its allegations contained in the above Paragraphs 1 through 23, inclusive, and incorporates these allegations herein by reference.

42.     Elite alleges that Defendants, and each of them, have produced or caused to be produced or induced the production of, imported or caused to be imported or induced the importation of, used or caused to be used or induced the use of, and/or sold or caused to be sold or induced the sale of, the DMF Infringing Lighting Fixture which constitutes direct and/or contributory and/or induced infringement of the '384 Design Patent.

43.     Elite further alleges that Defendants, and each of them, have produced or caused to be produced or induced the production of, imported or caused to be imported or induced the importation of, used or caused to be used or induced the use of, and/or sold or caused to be sold or induced the sale of, the DMF Infringing Lighting Fixture which constitutes infringement under the Doctrine of Equivalents of the '384 Design Patent.

44.     Elite is informed and believes, and based thereon alleges, that in spite of knowing or having reason to know of Elite's '384 Design Patent,  Defendants manufactured, imported, used, sold and/or caused or induced to be manufactured, imported, used or sold the DMF Infringing Lighting Fixture, and Defendants have been and presently are engaged in willful and deliberate infringement of Elite's

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3146
TELEPHONE (818) 783-0990

1  '384 Design Patent.

2       45.    Elite is informed and believes, and based thereon alleges, that the

3  individuals who are the controlling parties of the Defendants and have been named

4  herein as Mr. Danesh, Ms. Danesh and as DOE Defendants, are principals and

5  decision makers of Defendants and have personally decided, directed, contributed

6  to and induced the infringement activities of the Defendants in infringing the '384

7  Design with actual knowledge of Elite's '384 Design Patent by producing,

8  importing, using and selling the DMF Infringing Lighting Fixture.

9       46.    Elite is informed and believes, and based thereon alleges, that

10  Defendants DOES 1 through 10 have also committed direct infringement of Elite's

11  '384 Design Patent by producing, importing, using and/or selling the DMF

12  Infringing Lighting Fixture and/or have contributed to and/or induced the

13  infringement of Elite's '384 Design Patent by aiding and abetting the infringement

14  activities of Defendants. As soon as the identities of these DOE Defendants are

15  known, Elite will amend its Complaint and substitute the names of these

16  defendants in place of the DOE Defendants who are currently sued herein as

17  Defendants DOES 1 through 10.

18       47.    Elite is informed and believes, and based thereon alleges, that

19  Defendants DOES 1 through 10 have also committed infringement under the

20  Doctrine of Equivalents of Elite's '384 Design Patent by producing, importing,

21  using and/or selling the DMF Infringing Lighting Fixture and/or have contributed

22  to and/or induced the infringement of Elite's '384 Design Patent by aiding and

23  abetting the infringement activities of Defendants. As soon as the identities of

24  these DOE Defendants are known, Elite will amend its Complaint and substitute

25  the names of these defendants in place of the DOE Defendants who are currently

26  sued herein as Defendants DOES 1 through 10.

27       48.    By reason of their infringing activities of Elite's '384 Design Patent,

28  Defendants have caused monetary damages to Elite in an amount presently

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

undetermined.

49.     Elite is informed and believes, and based thereon alleges, that unless Defendants are enjoined by this Court, Defendants will continue to infringe Elite's '384 Design Patent and cause Elite further damages, and Elite have no adequate remedy at law.

50.     Elite is informed and believes, and based thereon alleges, that Defendants acted in bad faith and with willful disregard of the rights of Elite in having known of Elite's '384 Design Patent.

51.     On information and belief, Defendants are continuing to have manufactured, manufacture, have imported, sold and distributed in the United States the DMF Infringing Lighting Fixture, or are continuing to cause and/or induce the same, and are intending to continue to sell such infringing products unless enjoined by this Court.

52.     Elite has been continuously selling its lighting fixture as protected by the '384 Design Patent in California and in interstate commerce and is continuing to sell products protected by the '384 Design Patent to the present date.

53.     Elite has provided notice to the world by appropriate marking of its products an in its catalogs of the '384 Design Patent.

54.     On information and belief, the DMF Infringing Lighting Fixture and the comparable lighting fixture sold by Elite are one of a few select lights currently being sold with the unique features as protected by '384 Design Patent. Therefore, the market is substantially between products sold by Elite and by Defendants.

55.     As a result of Defendants' infringement of Elite's '384 Design Patent, Elite is entitled to receive as damages from Defendants, all profits lost by Elite as a result of the sales of the DMF Infringing Lighting Fixture.  On information and belief, since these are only some of the few competitors in the market that have the same features of their respective lights, Elite is entitled to receive from Defendants

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

all lost profits for all lost sales of Elite. The lost sales can be computed based on the fact that for every sale of the DMF Infringing Lighting Fixture, Elite would have sold one of its comparable lighting fixtures and lost profits would have been realized on each sale.

56.    At a minimum, Elite is entitled to a reasonable royalty for all sales of the DMF Infringing Lighting Fixture.

57.    Elite is informed and believes, and based thereon alleges, that unless Defendants are enjoined by this Court, Defendants will continue to infringe Elite's '384 Design Patent and cause Elite further damages, and Elite has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Elite prays for judgment against Defendants as follows:

1.    That this Court adjudge that Elite's' '460 Utility Patent is valid and enforceable;

2.    That this Court adjudge that Elite's '384 Design Patent is valid and enforceable;

3.    That this Court adjudge that Defendants, and each of them, have infringed Elite's '460 Utility Patent;

4.    That this Court adjudge that Defendants, and each of them, have infringed Elite's '384 Design Patent;

5.    That this Court adjudge that Defendants, and each of them, by virtue of the production, importation, use and sale of the DMF Infringing Lighting Fixture have directly infringed, contributed to the infringement of or induced the infringement of the '460 Utility Patent, and award to Elite all of Elite's lost profits as a result of such infringement and not less than a reasonable royalty on the sale of all of Defendants' infringing products resulting from such infringement;

6.    That this Court adjudge that Defendants, and each of them, by virtue of the production, importation, use and sale of the DMF Infringing Lighting

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3166
TELEPHONE (818) 783-0990

Fixture have directly infringed, contributed to the infringement of or induced the infringement of the '460 Utility Patent under the Doctrine of Equivalents and award to Elite all of Elite's lost profits as a result of such infringement and not less than a reasonable royalty on the sale of all of Defendants' infringing products resulting from such infringement;

7.     That this Court adjudge that Defendants, and each of them, by virtue of the production, importation, use and sale of the DMF Infringing Lighting Fixture have directly infringed, contributed to the infringement of or induced the infringement of the '384 Design Patent, and award to Elite all of Elite's lost profits as a result of such infringement and not less than a reasonable royalty on the sale of all of Defendants' infringing products resulting from such infringement;

8.     That this Court adjudge that Defendants, and each of them, by virtue of the production, importation, use and sale of the DMF Infringing Lighting Fixture have directly infringed, contributed to the infringement of or induced the infringement of the '384 Design Patent under the Doctrine of Equivalents and award to Elite all of Elite's lost profits as a result of such infringement and not less than a reasonable royalty on the sale of all of Defendants' infringing products resulting from such infringement;

9.     That this Court grant a permanent injunction enjoining Defendants, and each of them, in this action and all of their officers, agents, servants, employees, representatives, attorneys, parents, subsidiaries, divisions, and any and all others in active concert or participation with Defendants in this action, and each of them from directly or indirectly using or causing the use of any of the following in connection with advertising, distribution, display, offering for sale, or providing any products that infringe the '460 Utility Patent.

10.     That this Court grant a permanent injunction enjoining Defendants, and each of them, in this action and all of their officers, agents, servants, employees, representatives, attorneys, parents, subsidiaries, divisions, and any and

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

all others in active concert or participation with Defendants in this action, and each of them from directly or indirectly using or causing the use of any of the following in connection with advertising, distribution, display, offering for sale, or providing any products that infringe the '384 Design Patent.

11.     That this Court issue a permanent injunction requiring Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, and divisions, and those in active concert or participation with them, and each of them, to deliver up to Defendants within thirty (30) days after entry of such injunction, all of the DMF Infringing Lighting Fixtures or, in the alternative, provide evidence of their destruction;

12.     That this Court order that Defendants retain all records of the sales of the DMF Infringing Lighting Fixture and not destroy any records of such sales of the DMF Infringing Lighting Fixture;

13.     That this Court award to Elite increased damages against Defendants to punish Defendants for their malicious and oppressive actions of willful and deliberate violation of Defendants' patent rights;

14.     That this Court award to Elite all of its costs and reasonable attorneys' fees in bringing this action; and

15.     That this Court award Elite such other and further relief as the Court may deemed just and proper.

**ROZSA LAW GROUP LC**

Dated: March 15, 2013

Thomas I. Rozsa
18757 Burbank, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
tom@rozsalaw.com

Attorney for Plaintiff
Elite Lighting

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

## DEMAND FOR JURY TRIAL

Elite hereby makes a demand for a jury trial in this case.

**ROZSA LAW GROUP LC**

Dated: _March 15, 2013_

_Thomas I Rozsa_

Thomas I. Rozsa
18757 Burbank, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992

Attorney for Plaintiff
Elite Lighting

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

cmpl..010

Name & Address:
Thomas I. Rozsa (SBN 080615)
ROZSA LAW GROUP LC
18757 Burbank Boulevard, Suite 220
Tarzana, CA 91356-3346
(818) 783-0990

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elite Lighting, a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DMF, Inc., a California corporation; Morteza Danesh, an individual; Fariba Danesh, an individual; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-01920 JC<br><br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Thomas I. Rozsa__, whose address is __18757 Burbank Boulevard, Suite 220, Tarzana, CA 91356-3346__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 1 8 2013

Clerk, U.S. District Court

Dated: _____

By: __JULIE PRADO__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                                        SUMMONS

CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Elite Lighting | DMF, Inc., Morteza Danesh and Fariba Danesh |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Thomas I. Rozsa - ROZSA LAW GROUP LC<br>18757 Burbank Boulevard, Suite 220<br>Tarzana, California 91356-3346<br>(818) 783-0990 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. Sections 271 et seq. - Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** CV13-01920

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

    If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

    If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

    ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Elite Lighting - Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| DMF, Inc. - Los Angeles County<br>Morteza Danesh - Los Angeles County<br>Fariba Danesh - Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
NOTE: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE  March 18, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |