**EXHIBIT 3**

Exhibit 3, Page 45



U.S. Patent No. 7597460B1
D551,384S

elite
LIGHTING
QTY.
CAT
DESC.
48
B731
NEW DESIGN
#1 IN RECESSED LIGHTING
●6" FLUORESCENT TRIM
●CONE BAFFLE
U.S Patent No.7597460B1
D551384S