# EXHIBIT 4



Exhibit 4  Page 50

Exhibit 4  Page 51



Exhibit 4  Page 53



Exhibit 4, Page 54



Exhibit 4 Page 55



Exhibit 4  Page 56



Exhibit 4  Page 57



Exhibit 4, Page 58