*NO JS-6*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELITE LIGHTING, a California corporation, <br>   Plaintiff, <br> v. <br> DMF, INC., a California corporation; MORTEZA DANESH, an individual; FARIBA DANESH, an individual; and Does 1-10, inclusive, <br>   Defendants. | Case No: CV 13-01920-GW(JCGx) <br><br> **JUDGMENT ON PLAINTIFF'S COMPLAINT** |
| DMF, INC., a California corporation, <br>   Counterclaimant, <br> v. <br> ELITE LIGHTING, a California corporation; HAMID RASHIDI, an individual; BABAK RASHIDI, an individual; HABIBOLLAH RASHIDIDOUST, an individual; and COTNER WHOLESALE AND ELECTRICAL SUPPLY, INC., a California corporation, <br>   Counterclaim Defendants. | |

    The Court, having found that Plaintiff has not met its burden to show a genuine issue of material fact in opposition to Defendants' Motion For Summary Judgment Of Non-Infringement that would allow a reasonable jury to find that the Accused

Product, DMF's D630WAT-OR-UN reflector infringes either of the patents in suit, the '460 Patent or the 'D384 Patent,

IT IS hereby ORDERED, ADJUDGED and DECREED, that

Plaintiff shall take nothing by its complaint, and judgment is granted in favor of Defendants on all counts of the complaint. The Court reserves jurisdiction to adjudicate Defendant DMF, Inc.'s counterclaim.

Defendants are awarded their costs.

Date: January 9, 2014

George H. Wu
United States District Judge

Presented by:
Dennis G. Martin
Blakely Sokoloff Taylor & Zafman, LLP
12400 Wilshire Boulevard, Ste 700
Los Angeles, CA 90025
(310) 207-3800

Attorneys for Defendants and Counterclaimant