JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELITE LIGHTING, a California corporation,<br>　　　　Plaintiff,<br>v.<br>DMF, INC., a California corporation; MORTEZA DANESH, an individual; FARIBA DANESH, an individual; and Does 1-10, inclusive,<br>　　　　Defendants. | Case No: CV13-01920-GW(JCGw)<br><br>**FINAL JUDGMENT** |
| DMF, INC., a California corporation,<br>　　　　Counterclaimant,<br>v.<br>ELITE LIGHTING, a California corporation; HAMID RASHIDI, an individual; BABAK RASHIDI, an individual; HABIBOLLAH RASHIDIDOUST, an individual; and COTNER WHOLESALE AND ELECTRICAL SUPPLY, INC., a California corporation,<br>　　　　Counterclaim Defendants. | |

　　IT IS hereby ORDERED, ADJUDGED and DECREED, that Plaintiff shall take nothing by its Complaint, and judgment is awarded in favor of Defendants on all counts of the Complaint. Defendants' Counterclaims are dismissed without prejudice.

　　Defendants are awarded their costs as defined in 28 U.S.C. § 1920 and Civil L.R. 54-3  No costs are awarded that were incurred exclusively in Defendants' pursuit of their Counterclaims, if any.

1    This judgment is final pursuant to Fed. R. Civ. P. Rule 54.

2    A Status Conference is set for **July 21, 2014 at 8:30 a.m.**

5    Date: May 5, 2014                    _____

                                          George H. Wu
                                          United States District Judge

8    Presented by:

10   Dennis G. Martin
     Attorney for Defendants and Counterclaimants

13   Approved as to form, subject to reservation of rights on appeal.

     _____
16   Cristina D. Hernandez
     Attorney for Plaintiff and Counterclaim Defendants

1